UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GARSON DAVIS,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES KNOWLTON,<br><br>  Defendant(s). | Case No. 21-cv-09931-CRB  (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On September 19, 26 and 27, 2022, the post office returned the court's mail to plaintiff as undeliverable to his last provided mailing address, 116 East San Luis Street, Salinas, CA 93901. See ECF Nos. 31, 32 & 33.  Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk is instructed to close the file and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated:  November 28, 2022

_____
CHARLES R. BREYER
United States District Judge